Good morning, your honors. Good morning. My case involves similar facts as to Ms. DePazalacuas. Just to clarify on that topic of our case being closed February 20th, to proceed with the hearing, there was a date that we were supposed to refile August 10th or August 20th, one of those dates. It was supposed to be completed by the 10th, and we had to refile by the 20th. During that time, just like today, the defense refuses to show up for us. They refuse to come to these hearings, and they refuse to face us and discuss the topics of our case. They will do everything in their power to avoid it. They will do everything in their power to make excuses of why they cannot show. They will say, we don't have Zoom technology to do depositions. We don't have the computers to handle this kind of thing. We want to be in the courtroom with our clients when these depositions are going down. And like Anthony said, our attorney afforded them the means to do that. We said that we would provide the computers, we would provide the technology, and still they refuse to participate. They had no problem deposing me and getting every answer out of me that they wanted, but they didn't want to produce their clients. And they still don't want to produce their clients. They didn't want to produce their clients in my arbitration. They never brought them to court, and at no point have we been able to discuss the actual merits of our case. We've heard every excuse from, oh, I'm going on vacation, and this is my attorney included, and this is why my attorney is no longer our attorney. He said that he had eye surgery. His wife was unwell. He needed, you know, to close his office because of COVID. Then, you know, the county attorneys with the same excuses, whether it be vacations or this one's doing that or that one's doing this. It was just tactical delay after tactical delay that we didn't get to get to the meat and potatoes of why we were in court. And I've heard every excuse under the sun, but the funny thing is, is I have yet to hear the defense turn around and say, this is why my client was justified in taking your job. I have been deposed and gave every justification of why they were not justified to take my job. But yet they have yet to produce them for us to counter question them and say, well, what gave you the right to do what you did to me? We deserve our day in court. We want our day in court and we want this rectified. Our careers were stripped from us. We've I've had to start over at 40 years old. It's not easy and it's definitely not easy to do during COVID. Well, we have your papers and I think we understand your argument as well as your colleagues. Thank you. We'll take it under advisement and we'll get you a decision promptly. I appreciate your time, Your Honor. Thank you. Thank you both for your patience today. Those are the last two argued cases on the calendar this morning, so I'll ask the clerk to adjourn court. Thank you.